# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: _____

MONTECRISTI COUNTRY CLUBS
APARTMENTS, INC.,

    Plaintiff,

v.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

### AFFIDAVIT IN SUPPORT OF REMOVAL OF CIVIL ACTION

Before me, the undersigned, personally appeared TIMOTHY O'BRIEN who, after being duly sworn, deposes and states:

1. My name is Timothy O'Brien, and I am over the age of 21 years and have personal knowledge of the facts set forth herein.

2. I am a Senior Claims Representative for Florida Intracoastal Underwriters, Ltd., the managing general agent for QBE INSURANCE CORPORATION in the State of Florida.

3. I am the adjuster assigned to the handling of the insurance claim which is the subject of this lawsuit filed by Plaintiff, Montecristi Country Clubs Apartments, Inc., against Defendant, QBE Insurance Corporation.

CASE NO.: _____

4. Defendant QBE Insurance Corporation is a Pennsylvania corporation with its principal place of business at 88 Pine Street, 12th Floor, Wall Street Plaza, New York, New York.

5. QBE Insurance Corporation issued a commercial property insurance policy to Plaintiff, Montecristi Country Clubs Apartments, Inc., bearing policy number QF3520-03, for property located in Miami-Dade County, Florida.

6. In May 2010, Plaintiff submitted to Defendant an estimate of damages totaling $1,335,183.85. Subsequently, Plaintiff submitted to Defendant a Sworn Statement in Proof of Loss dated September 23, 2010, swearing under oath that "the whole loss and damage" was $1,335,183.85 and "the amount claimed under the...policy" is $1,335,183.85." A copy of the Sworn Statement in Proof of Loss is attached hereto as Exhibit "1."

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Timothy O'Brien

STATE OF FLORIDA        )
                        )
COUNTY OF BROWARD       )

The foregoing instrument was sworn to and subscribed before me on this 17 day of January, 2011, by Tim O'Brien, who is personally known to me, and did take an oath.

_____
Notary Public, State of Florida

Notary Stamp: 

Page 2 of 2

# EXHIBIT "1"

# SWORN STATEMENT IN PROOF OF LOSS

Policy Number: QF3520-03

Agency at: PER POLICY

Agent: PER POLICY

PURSUANT TO S. 817.234, FLORIDA STATUTES, ANY PERSON WHO, WITH THE INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER OR INSURED, PREPARES, PRESENTS, OR CAUSES TO BE PRESENTED A PROOF OF LOSS OR ESTIMATE OF COST OF REPAIR OF DAMAGED PROPERTY IN SUPPORT OF A CLAIM UNDER AN INSURANCE POLICY KNOWING THAT THE PROOF OF LOSS OR ESTIMATE OF CLAIM OR REPAIRS CONTAINS ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION CONCERNING ANY FACT OR THING MATERIAL TO THE CLAIM COMMITS A FELONY OF THE THIRD DEGREE, PUNISHABLE AS PROVIDED IN S. 776.082, S. 776.083, OR S. 775.084, FLORIDA STATUTES.

Claim No: SP194D7W-01

Expires: _____

To: MONTECRISTI COUNTRY

At time of loss, by the above indicated policy of insurance you insured by QBE INSURANCE CORP against loss to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time & Origin: A H. WILMA loss occurred about the hour of _____ o'clock _.m. on the 24 day of 10, 20 05. The cause and origin of the said loss were:

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever (If the property is located elsewhere give its location: COMMERCIAL PROPERTY

3. Title & Interest: At the time of the loss the interest of your insured in the property described therein was: SOLE
No other person or persons had any interest therein, or incumbrance thereon, except: ABLEA ADJUSTING INC

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: NONE

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss, $ PER POLICY besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was  $ PER POLICY
7. The Whole Loss and Damage was  $ 1,355,183.85
8. Less Amount of Deductible  $ PER POLICY
9. The Amount Claimed under the above numbered policy is  $ 1,355,183.85

The said loss did not originate by any act, design or procurement on the part of your insured or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, has in any manner been made. Any other information that may be required will be furnished and considered part of this proof.

In consideration of and to the extent of said payment, the undersigned hereby assigns and transfers to the said company all rights, claims, demands and interests which the undersigned may have against any party through the occurrence of such loss and authorizes said company to sue, compromise or settle, in the name of the undersigned or otherwise, all such claims and to execute and sign releases and acquittances in the name of the undersigned.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of Florida
County of Broward
Subscribed and sworn before me this 23 day of Sept 20 10

Notary Public: Anita M.M. Tarrats
ANITA MARIE MANGUM TARRATS
MY COMMISSION # EE001133
EXPIRES June 16, 2014
(407) 398-0153  FloridaNotaryService.com

Insured: Angela Lameton

**THIS IS OUR BEST CALCULATION BASED ON AVAILABLE INFORMATION, SUBJECT TO ADDENDUM AS NEW INFORMATION BECOMES AVAILABLE**